IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MURIEL COLLINS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALAN B. EPSTEIN, et al., | : | NO. 17-5098 |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of January, 2018, upon consideration of Ms. Collins's motion to proceed *in forma pauperis* and her *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED for the reasons stated in the Court's Memorandum. Ms. Collins's employment discrimination claims are DISMISSED with prejudice as barred by *res judicata*. Her state law claims, including her legal malpractice claims, are DISMISSED without prejudice to her right to refile them in state court. Ms. Collins may not file an amended complaint in this matter.

3. Ms. Collins's request for the appointment of counsel is DENIED AS MOOT.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

C. DARNELL JONES, II, J.